■ SANTA'S WORKSHOP, INC., Respondent, v. JOSEPH STERLING, Doing Business as STERLING ALASKA FUR AND GAME FARMS, Appellant.— Application for stay. Pursuant to stipulation stay granted upon condition that appellant file and serve his printed case on appeal and brief on or before February 11, 1956, and is ready for argument at the March, 1956, term of this court. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of MOE SCHNEIDER, Appellant, against CONSOLIDATED ELECTRIC CONSTRUCTION CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of ANTONIA TORRES, Appellant, against MUSIC HALL JEWELERS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal taken December 17, 1951, granted, by default. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ TRANS-CANADA ASSURANCE AGENCIES, INCORPORATED, et al., Plaintiffs, v. CITY OF MECHANICVILLE, Defendant, and JAMES G. HEFFERNAN, as Mayor of the City of Mechanicville, Intervenor.— Application for stay denied. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ ISABEL WALKER, Respondent, v. CITY OF SCHENECTADY, Appellant, and VERNON J. MOORE, Doing Business as MOORE'S RESTAURANT, Respondent, et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of JEROME J. WEINER, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Application for stay pending the determination of the proceeding herein granted. The proceeding should be perfected in accordance with the usual rules of procedure and be ready for argument at the March, 1956, term of this court. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK WILSON, Appellant, against THOMAS J. MCHUGH, as Commissioner of Correction, et al., Respondents.— Motion to prosecute appeal as a poor person granted. The photostatic copies of the original record on file in this matter may constitute the record on appeal if they are complete. The application of the relator for a preference is denied. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ CHARLES WOOD, Respondent, v. STANDARD FACTORS CORPORATION, Appellant.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ ANNA BOTCH, Appellant, v. CLARENCE FORGETTE, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See 286 App. Div. 588.]

■ In the Matter of the Claim of JEANETTE HANDALY, Respondent, against ALFRED BLAYER & CO. INC. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See 286 App. Div. 1050.]